IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLENE H. DANIELS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1123 |
| | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 8, 2018, the court granted Ocwen's motion to dismiss the complaint for failure to state a claim. The dismissal was without prejudice and with leave to amend by July 20, 2018. Daniels was admonished that if she did not amend, her clams would be dismissed, with prejudice. She has not responded to the order or filed an amended complaint. This civil action is dismissed with prejudice. This is a final judgment.

SIGNED on August 15, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge